THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 78

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIANE MARY MCKINNY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 55) filed by Michael J. Tadych. The Motion indicates that Mr. Tadych, a member in good standing of the Bar of this Court, is local counsel for non-party Jones Road LLC f/k/a/ Fly Girls LLC which has filed a Motion to Quash Subpoenas Duces Tecum and Request for Hearing (Doc. 53).

In the instant Motion, Mr. Tadych seeks the admission of Mary Andreleita Walker, whom the Motion represents as being a member in good standing of the Bar of Minnesota. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 55) and **ADMITS** Mary Andreleita Walker to practice *pro hac vice* before the Court in this matter on behalf of non-party Jones Road LLC f/k/a/ Fly Girls LLC while associated with local counsel.

Signed: February 27, 2019

W. Carleton Metcalf
United States Magistrate Judge