THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 78-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIANE MARY MCKINNY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on non-party Jones Road LLC's Unopposed Motion for Temporary Stay of Subpoenas Duces Tecum Pending Order on Motion to Quash ("Motion to Stay Subpoenas *Duces Tecum*") (Doc. 59).

Defendant filed an Application for Issuance of Subpoenas *Duces Tecum* (Doc. 41) on December 14, 2018. The Application for Issuance was allowed by Order entered on January 2, 2019 (Doc. 42).

On February 6, 2019, Defendant filed an Application for Service of Subpoenas *Duces Tecum* (Doc. 47) requesting that the subpoenas be served by the U.S. Marshals Service. The Application for Service was allowed by Order of February 13, 2019 (Doc. 49), which directed the Clerk to re-issue the subpoenas *duces tecum* with the deadline for production of the requested information being changed to March 6, 2019.

On February 22, 2019, non-party Jones Road LLC filed a Motion to Quash Subpoenas *Duces Tecum* and Request for Hearing (Doc. 53).

In the instant Motion to Stay Subpoenas *Duces Tecum* (Doc. 59), Jones Road LLC now requests that the Court stay the deadline for the witnesses to comply with the

subpoenas *duces tecum* pending ruling on Jones Road LLC's Motion to Quash (Doc. 53). Neither counsel for the Government nor counsel for Defendant oppose the requested relief.  Id. at 2-3.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Stay Subpoenas *Duces Tecum* (Doc. 59) is **GRANTED**, and the deadline for compliance with the subpoenas *duces tecum* issued pursuant to this Court's Order on February 13, 2019 (Doc. 49) is **STAYED** pending further order of this Court.

2. The Clerk's Office is respectfully **DIRECTED** to schedule a hearing on the Motion to Quash Subpoenas *Duces Tecum* and Request for Hearing (Doc. 53).

Signed: March 4, 2019

W. Carleton Metcalf
United States Magistrate Judge